IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tina Weeks, et al., </br></br> Plaintiffs, </br></br> vs. </br></br> Matrix Absence Management Incorporated, </br></br> Defendant. | No.  CV-20-00884-PHX-SPL </br></br> **ORDER** |

The Court is in receipt of Defendant's Motion for Decertification of Collective Action (Doc. 105) and Plaintiff Samantha Stocklein's Motion to Certify Class (Doc. 107) and the associated Memoranda in Support (Docs. 108, 110) and Declaration (Doc. 109). However, the Motions fail to comply with LRCiv 7.2(e)(1), which provides that "[u]nless otherwise permitted by the Court, a motion including its supporting memorandum . . . may not exceed seventeen (17) pages, exclusive of attachments and any required statement of facts." The Court will thus strike the filings. The parties may refile the Motions in compliance with the Local Rules and with the Case Management Order's requirement that "[c]itations in support of any assertion in the text shall be included in the text, not in footnotes." (Doc. 52 at 7). Even if matters are complex, it is counsel's responsibility to be clear and concise.

///

///

///

**IT IS THEREFORE ORDERED** that the Clerk of Court shall **strike** Defendant's Motion for Decertification of Collective Action (Doc. 105), Plaintiff Samantha Stocklein's Motion to Certify Class (Doc. 107), the Memoranda in Support of the Motion (Docs. 108, 110), and the Declaration of Jack Siegel (Doc. 109).

**IT IS FURTHER ORDERED** that if the parties choose to refile the Motions stricken by this Order in a form compliant with the Local Rules and the Case Management Order, they must do so no later than **July 12, 2022**.[1]

Dated this 7th day of July, 2022.

Honorable Steven P. Logan
United States District Judge

---

[1] The Court advises that given the age of this case, the Court is not inclined to grant extensions of the briefing schedule absent exceptional circumstances.