**JACK SIEGEL**
Texas Bar No. 24070621
SIEGEL LAW GROUP PLLC
4925 Greenville, Suite 600
Dallas, TX 75206
Telephone: (214) 790-4454
Email: Jack@siegellawgroup.biz
*Admitted Pro Hac Vice*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tina Weeks, Michael McDonald, and Cassandra Magdaleno, individually and on behalf of others similarly situated,<br><br>**Plaintiff,**<br><br>v.<br><br>Matrix Absence Management, Inc., an Arizona Company,<br><br>**Defendant.** | **Civil Action No. 2:20-cv-00884-SPL** |

### PLAINTIFFS' MOTION FOR CLASS CERTIFICATION UNDER FRCP 23

PLEASE TAKE NOTICE, that upon the accompanying Memorandum of Law in Support of Plaintiff's Motion for Class Certification Under Fed. R. Civ. P. 23, with contemporaneously filed declarations and exhibits, Plaintiff Samantha hereby moves this Court for an Order certifying a class under Rule 23(a) and 23(b)(3) consisting of the following:

> All individuals employed by Matrix ("Matrix") as "Telephone Claims Examiners" based out of Matrix's Portland, Oregon office (whether in-person or remotely) from May 6, 2018 to the Present through final disposition of this Action. The "Telephone Claims Examiners" include individuals who worked in the following positions: Claims Examiner-LOA; Claims Examiner-STD; or Claims Examiner-AMS, including all levels (I, II, or Senior). (the "Class").

In addition, Plaintiff moves for an Order appointing the undersigned counsel for Plaintiff to serve as Class Counsel, and issue the Notice attached to the declaration of Jack Siegel as Exhibit J.  To the extent Court is inclined to deny Plaintiff's Motion, Plaintiffs request that the Court alternatively certify the following issue under Rule 23(c)(4): Whether CFEs' primary duty is work "directly related to the management or general business operations" of Matrix or its customers.

DATED this 13th Day of July 2022

/*s/* Jack Siegel

CLIFFORD P. BENDAU, II
The Bendau Law Firm, PLLC
P.O. Box 97066
State Bar No. 030204
Fax: (480) 382-5176
cliffordbendau@bendaulaw.com
Phone: (480) 382-5176

TRAVIS M. HEDGPETH*
The Hedgpeth Law Firm, PC
3050 Post Oak Blvd., Suite 510
Houston, Texas 77056
P: (281) 572-0727
travis@hedgpethlaw.com

JACK L. SIEGEL*
Texas Bar No. 24070621
Siegel Law Group PLLC
4925 Greenville, Suite 600
Dallas, Texas 75206
P: (214) 790-4454
www.4overtimelawyer.com

*Admitted pro hac vice

**Attorneys for Plaintiffs and Others Similarly Situated**

## CERTIFICATE OF SERVICE

I certify that the foregoing was electronically filed through the Court's CM/ECF filing system and that all counsel will receive notice of this filing through this District's CM/ECF system on the date of this filing.

*/s/ Jack Siegel*
**JACK SIEGEL**