1  Tracy A. Miller, SBN 015920
2  Douglas (Trey) Lynn, SBN 028054
   OGLETREE, DEAKINS, NASH, SMOAK
3  & STEWART, P.C.
   2415 East Camelback Road. Suite 800
4  Phoenix, AZ 85016
5  Telephone:  602.778.3700
   Facsimile:  602.778.3750
6  tracy.miller@ogletree.com
   trey.lynn@ogletree.com
7  *Attorneys for Defendant Matrix Absence*
8  *Management Inc.*

9
10
                    **UNITED STATES DISTRICT COURT**

                       **DISTRICT OF ARIZONA**
11
12  Tina Weeks, Michael McDonald, and          No. 2:20-CV-00884-SPL
    Cassandra Magdaleno,
            Plaintiffs,                         **DEFENDANT MATRIX ABSENCE**
13                                              **MANAGEMENT INC.'S MOTION**
         v.                                     **TO STRIKE PLAINTIFFS' FILINGS**
14  Matrix Absence Management Inc.,
            Defendant.
15

16

17       Defendant Matrix Absence Management Inc. ("Matrix") respectfully moves the

18  Court for an order striking (1) Plaintiffs' Motion for Class Certification [ECF #113], (2)

    Plaintiffs' Memorandum of Law in Support of Motion for Class Certification [ECF # 114],
19
    and (3) Plaintiffs' Response to Defendant's Motion for Decertification [ECF #116]
20
    pursuant to Local Rule LRCiv 7.2(e)(1) and the Court's Case Management Order.
21
         Local Rule LRCiv 7.2(e)(1) provides:
22

23       Unless otherwise permitted by the Court, a motion including its supporting
         memorandum, and the response including its supporting memorandum, may
24       not exceed seventeen (17) pages, exclusive of attachments and any required
25       statement of facts.

26  The Court's Case Management Order [ECF # 52] provides that, "[c]itations in support of

27  any assertion in the text shall be included in the text, not in footnotes."

28

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
ESPLANADE CENTER III, SUITE 800
2415 EAST CAMELBACK ROAD
PHOENIX, AZ 85016
TELEPHONE: 602-778-3700

On July 7, 2022, the Court entered an order striking motions filed by both parties for violations of the above-listed rules. The Court gave the parties until July 12, 2022 to cure the deficiencies and refile the motions. Matrix cured the identified deficiencies and refiled its motion to decertify collective action on July 8, 2022. [ECF # 112.] Plaintiffs refiled their Motion for Class Certification and accompanying memorandum on July 12, 2022. [ECF # 114, 115.] However, Plaintiffs did not cure any of the deficiencies identified by the Court's July 7, 2022 Order. Plaintiffs' motion and memorandum exceeded 17 pages, and almost all of the cited authority is contained in footnotes rather than within the body of the text. Plaintiff's Response to Defendant's Motion for Decertification was filed on July 22, 2022. Like Plaintiff's Motion, this filing also contains the same deficiencies identified in the Court's July 7, 2022 Order. The Response spills over onto the 18th page and almost all of the cited authority is contained in footnotes rather than within the body of the text.

"For violations of the local rules, sanctions may be imposed including, in appropriate cases, striking the offending pleading." *Smith v. Frank*, 923 F.2d 139, 142 (9th Cir. 1991). Here, the Court has already *sua sponte* stricken both parties' motions for violating the Court's local rules and case management order. The Court allowed both parties to refile their motions in compliance with the local rules. Matrix complied with the Court's order, but Plaintiffs did not. Thus, Plaintiffs have disregarded the Court's local rules and case management order after being warned about the consequences of their failure to comply. Therefore, striking the offending pleadings without the right to refile is an appropriate sanction.

For the above reasons, Matrix Absence Management Inc. respectfully requests that the Court strike Plaintiffs' Motion to Motion for Class Certification Under FRCP 23 [ECF #113], Plaintiffs' Memorandum of Law in Support of Motion for Class Certification Under FRCP 23 [ECF # 114], and Plaintiffs' Response to Defendant's Motion for Decertification of Collective Action [ECF #116] without the right to refile.

1    RESPECTFULLY SUBMITTED this 25th day of July 2022.

2

3                                        OGLETREE, DEAKINS, NASH,
                                         SMOAK & STEWART, P.C.

4

5                                        By:  */s/ Tracy A. Miller*
                                              Tracy A. Miller

6                                             Douglas (Trey) Lynn
                                              2415 East Camelback Road, Suite 800

7                                             Phoenix, AZ 85016
                                              *Attorneys for Defendant Matrix Absence*

8                                             *Management Inc.*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
ESPLANADE CENTER III, SUITE 800
2415 EAST CAMELBACK ROAD
PHOENIX, AZ 85016
TELEPHONE: 602-778-3700

3