JACK SIEGEL
Texas Bar No. 24070621
**SIEGEL LAW GROUP PLLC**
5706 E. Mockingbird, Suite 115
Dallas, TX, 75206
Telephone: (214) 790-4454
Email: Jack@siegellawgroup.biz
*Admitted Pro Hac Vice*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tina Weeks, Michael McDonald, Cassandra Magdaleno, Samantha Stocklein, individually and on behalf of others similarly situated,<br><br>      Plaintiffs,<br>v.<br><br>Matrix Absence Management, Inc., an Arizona Company,<br><br>      Defendant. | Case No. 2:20-cv-00884-SPL |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs file this Notice of Supplemental Authority in support of Plaintiffs' Motion for Summary Judgment and the Plaintiffs' request for the court to *sua sponte* reconsider its Order on class certification,[1] and have attached the following recent orders granting class

---

[1] ECF 150, p. 13 ("Because there is no genuine issue of material fact that Plaintiffs did not help run or service the business of Matrix's customers, summary judgment is warranted. To the extent the Court rules for or against all of the Plaintiffs based on the common evidence of TCEs' job duties presented by both parties, Plaintiffs request that the Court *sua sponte* reconsider its Order denying class certification and granting class certification to prevent piecemeal litigation and appeal of the issues involved here. Indeed, because there is no dispute that all of the Plaintiffs performed the same primary duty, whether that primary duty is work involved running or assisting of the business of Matrix's customers is susceptible to common proof.").

certification, entered in analogous cases involving disability claims examiners, to this document for the court's consideration:

- Heckle v. Matrix Absence Mgmt., Inc., No. 21 CV 1463 (VB), 2022 WL 17666401, at *1 (S.D.N.Y. Dec. 14, 2022) (granting class certification to group of New York-based telephone claims examiners who processed LOA and/or STD claims under the New York Labor Law, and declining to extend this court's reasoning in Weeks v. Matrix Absence Management Incorporated, 2022 WL 17104261, at *1 (D. Ariz. Nov. 21, 2022) (Exhibit A);

- Loomis v. Unum Group Corp., No. 1:20-cv-251, ECF 261, (E.D. Tenn. May 5, 2022) (granting class certification to group of similar claims examiners who processed short term and long-term disability claims under Maine state law, and declining to extend this court's reasoning in Weeks v. Matrix Absence Management Incorporated, 2022 WL 17104261, at *1 (D. Ariz. Nov. 21, 2022) (Exhibit B).

Respectfully submitted this May 4, 2023.

*/s/ Jack Siegel*

**JACK SIEGEL**
Texas Bar No. 24070621
**SIEGEL LAW GROUP PLLC**
5706 E. Mockingbird Lane, Suite 115
Dallas, TX, 75206
(214) 790-4454 phone
www.siegellawgroup.biz
**ATTORNEYS FOR PLAINTIFFS**

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on a copy of the foregoing document was electronically filed and notice of this filing will be sent to counsel of record for all parties by operation of the Court's Electronic Filing System on the date of this filing.

/s/ *Jack Siegel*
**JACK SIEGEL**