Travis M. Hedgpeth
**THE HEDGPETH LAW FIRM, PC**
3050 Post Oak Blvd., Suite 510
Houston, TX 77096
TX State Bar No. 24074386
Telephone: (281) 572-0727
Email: travis@hedgpethlaw.com
*Admitted Pro Hac Vice*

JACK SIEGEL
Texas Bar No. 24070621
**SIEGEL LAW GROUP PLLC**
5706 E. Mockingbird Lane, Suite 115
Dallas, TX 75206
Telephone: (214) 790-4454
Email: Jack@siegellawgroup.biz
*Admitted Pro Hac Vice*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Tina Weeks, Michael McDonald, Cassandra Magdaleno, and Samantha Stocklein, individually and on behalf of others similarly situated,**<br><br>           **Plaintiffs,**<br>v.<br><br>**Matrix Absence Management, Inc., an Arizona Company,**<br><br>           **Defendant.** | Case No. 2:20-cv-00884-SPL<br><br>**JOINT NOTICE OF SETTLEMENT AND MOTION TO STAY** |

Plaintiffs, Tina Weeks, Michael McDonald, Cassandra Magdaleno, and Samantha Stocklein and Defendant, Matrix Absence Management Inc., by and through their attorneys of record, give joint notice to the Court that they have agreed to a settlement

that will resolve this matter. The Parties are in the process of finalizing the settlement documents and anticipate filing dismissal documents in the near future.

In light of this settlement, the Parties respectfully request that all deadlines be stayed pending the finalization of the settlement documents.

| Respectfully Submitted, | Respectfully Submitted, |
|---|---|
| **/s/ Travis M. Hedgpeth** | /s/ Tracy A. Miller |
| | Tracy A. Miller |
| TRAVIS M. HEDGPETH | Douglas (Trey) Lynn |
| Texas Bar No. 24074386 | OGLETREE, DEAKINS, NASH, SMOAK |
| THE HEDGPETH LAW FIRM, PC | & STEWART, P.C. |
| 3050 Post Oak Blvd., Suite 510 | 2415 East Camelback Road, Suite 800 |
| Houston, Texas 77056 | Phoenix, AZ 85016 |
| Telephone: (281) 572-0727 | |
| Facsimile: (281) 572-0728 | Attorneys for Defendant Matrix Absence |
| travis@hedgpethlaw.com | Management Inc. |
| | |
| JACK SIEGEL | |
| Texas Bar No. 24070621 | |
| Siegel Law Group PLLC | |
| 5706 E. Mockingbird Lane, Suite 115 | |
| Dallas, Texas 75206 | |
| P: (214) 790-4454 | |
| Jack@siegellawgroup.biz | |
| | |
| Attorneys for Plaintiffs | |

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was served on all counsel of record through the court's ECF system as of the date file-stamped thereon.

*/s/ Travis M. Hedgpeth*
**TRAVIS M. HEDGPETH**