IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tina Weeks, et al., | No. CV-20-00884-PHX-SPL |
| Plaintiffs, | |
| vs. | **ORDER** |
| Matrix Absence Management Incorporated, | |
| Defendant. | |

No request to reset this matter on the Court's calendar or a stipulation to dismiss having been filed, in accordance with the Court's August 1, 2023 Order (Doc. 159),

**IT IS ORDERED** that this action is **dismissed with prejudice**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **terminate** this action.

Dated this 11th day of August, 2023.

Honorable Steven P. Logan
United States District Judge